IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REONTAY HARLEY, #264 878, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-589-WKW |
| | ) | [WO] |
| OFFICER PEDEHELP MARTIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this 42 U.S.C. § 1983 action on July 18, 2016.  When he filed this lawsuit, Plaintiff was incarcerated at the Bullock Correctional Facility in Union Springs, Alabama.  On September 6, 2016, the envelope containing Plaintiff's copy of an order filed August 9, 2016, was returned to the court marked as undeliverable because Plaintiff is no longer at the address he had provided to the court when he filed this complaint.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions.  The court entered an order on September 9, 2016, directing Plaintiff to provide the court with his present address by September 19, 2016.  Doc. 7.  Plaintiff was cautioned that his failure to comply with the court's September 19 order would result in a recommendation this case be dismissed. *Id.* Plaintiff has filed no response to the September 19, 2016, show cause order nor provided the court with a current service address.

Upon review of the pleadings filed, the undersigned finds the court file contains no alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint.  The undersigned, therefore, concludes this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that **on or before November 15, 2016**, Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. This Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993);  *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this 31st day of October 2016.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE