IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REONTAY HARLEY, #264 878, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-589-WKW |
| | ) [WO] |
| OFFICER PEDEHELP MARTIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Report and Recommendation of the Magistrate Judge (doc. 8) is **WITHDRAWN**. The Clerk of the Court **is DIRECTED** to send a copy of the Order (Doc. 6) to Plaintiff by United States Mail. This Order and Doc. 6 shall be addressed to the plaintiff, Reontay Harley, AIS 264878, Holman Prison, Holman 370, Atmore, Al 36503. Further the Order (Doc. 6) is **AMENDED** to make any amended complaint by Plaintiff due on or before December 19, 2016.

DONE this 2nd day of December, 2016.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE