IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REONTAY HARLEY, #264 878,           )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   CIVIL ACTION NO. 2:16-CV-589-WKW
                                   )                [WO]
OFFICER PEDEHELP MARTIN, *et al.*, )
                                   )
        Defendants.                )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, a state inmate incarcerated at the Bullock Correctional Facility when he filed this 42 U.S.C. § 1983 action on August 8, 2016, alleges Defendants subjected him to successive force. After reviewing the complaint and finding deficiencies with this pleading, the court determined that Plaintiff should be provided an opportunity to file an amended complaint to correct the deficiencies.  On August 9, 2016, the court entered an order which informed Plaintiff of the deficiencies in the complaint and provided him with specific instructions regarding filing an amended complaint. Doc. 6.  The court specifically advised Plaintiff "that this case will proceed only against the defendants named and claims presented in the amended complaint" and cautioned him that his failure to comply with the directives of the order would result in a Recommendation this case be dismissed.  *Id*. at 2.

On September 6, 2016, Plaintiff's copy of the August 9 order was returned to the court marked as undeliverable. On December 2, 2016, the court entered an order directing the Clerk to mail to Plaintiff a copy of the August 9 order and directed those orders (Docs. 6 & 9) be mailed

to Plaintiff at the Holman Correctional Facility in Atmore, Alabama.[1] *See* Doc. 9. The December

2, 2016, order granted Plaintiff an extension of time to comply with the August 9, 2016, order. *Id.*

The time allowed Plaintiff to file the amended complaint in accordance with the directives

of the August 9, 2016, order expired on December 19, 2016.  *See* Doc. 9.  As of the present date,

Plaintiff has failed to file an amended complaint as required by this court.  Because of Plaintiff's

failure to file the requisite amended complaint, the court concludes this case should be dismissed.

*Tanner v. Neal*, 232 Fed. App'x 924 (11th Cir. 2007) (affirming *sua sponte* dismissal without

prejudice of inmate's § 1983 action for failure to file an amended complaint in compliance with

court's prior order directing amendment and warning of consequences for failure to comply); *see*

*also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (As a general rule, where a litigant has

been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge this case be

DISMISSED without prejudice for failure of Plaintiff to file an amended complaint as ordered by

the court.

It if further

ORDERED that **on or before February 17, 2017**, Plaintiff may file an objection to the

Recommendation. Plaintiff must specifically identify the factual findings and legal conclusions in

the Recommendation to which he objects.  Plaintiff is advised that frivolous, conclusive, or general

objections will not be considered.

Failure to file a written objection to the Magistrate Judge's findings and recommendations

in accordance with 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the

District Court of legal and factual issues covered in the Recommendation and waives the right of

---

[1] The court obtained a mailing address for Plaintiff from the Alabama Department of Corrections'
website. *Available at http://www.doc.state.al.us.*

the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.   11TH Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this 19th day of January 2017.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE