IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REONTAY HARLEY, # 264878, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-589-WKW |
| | ) |
| PEDE HELP MARTIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 19, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 10.)  Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1.  The Magistrate Judge's Recommendation (Doc. # 10) is ADOPTED; and

2.  This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint as ordered by the court.

A final judgment will be entered separately.

DONE this 23rd day of February, 2017.

                                        /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE